UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| TEAMLAB INC., a Japanese corporation, | |
|---|---|
| Plaintiff, | Case No. |
| vs. | |
| MUSEUM OF DREAM SPACE, LLC, a California limited liability company, and DAHOOO AMERICAN CORPORATION, an Illinois corporation, | **RULE 7.1 CORPORATE DISCLOSURE STATEMENT** |
| Defendants. | |

    Plaintiff TEAMLAB INC., a Japanese corporation, pursuant to Fed. R. Civ. P. 7.1, respectfully states that it is a privately held company with no parent corporation, and that no publicly traded company owns 10% or more of its stock.

Dated: New York, New York

    August 8, 2019

By: _/s/ Nancy E. Wolff_
Nancy E. Wolff, Esq., No. 138334
COWAN, DeBAETS, ABRAHAMS
& SHEPPARD LLP
9595 Wilshire Boulevard, Suite 900
Beverly Hills, California 90212
Tel: (310) 492-4392
Fax: (310) 492-4394
NWolff@cdas.com

*Attorneys for Plaintiff teamLab Inc.*

1

FEDERAL RULE 7.1 DISCLOSURE STATEMENT