NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

Cowan, DeBaets, Abrahams and Sheppard LLP
Nancy E. Wolff, Esq., No. 133334
9595 Wilshire Boulevard, Suite 900
Beverly Hills, California 90212

ATTORNEY(S) FOR:

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TEAMLAB INC., a Japanese corporation, Plaintiff(s), | CASE NUMBER: |
| v. MUSEUM OF DREAM SPACE, LLC, a California limited liability company, and DAHOOO AMERICAN CORPORATION, an Illinois corp. Defendant(s) | CERTIFICATION AND NOTICE OF INTERESTED PARTIES (Local Rule 7.1-1) |

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for   TEAMLAB INC., a Japanese corporation
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| None | None |

08/08/2019
Date

Signature: *Nancy E. Wolff*

Attorney of record for (or name of party appearing in pro per):

Nancy E. Wolff, Esq., No. 133334

CV-30 (05/13)            NOTICE OF INTERESTED PARTIES