AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of California

| | |
|---|---|
| TEAMLAB INC., a Japanese corporation,<br><br>*Plaintiff(s)*<br>v.<br>MUSEUM OF DREAM SPACE, LLC, a California limited liability company, and DAHOOO AMERICAN CORPORATION, an Illinois corporation,<br><br>*Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) )  Civil Action No. |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  MUSEUM OF DREAM SPACE, LLC,
Beverly Center, #656
8500 Beverly Blvd,
Los Angeles, CA 90048

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
  Cowan, DeBaets, Abrahams & Sheppard LLP
  Nancy E. Wolff, Esp., No. 133334
  9595 Wilshire Boulevard, Suite 900
  Beverly Hills, CA 90212
  Telephone: (310) 492-4392

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____08/08/2019_____   _____
  *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **MUSEUM OF DREAM SPACE, LLC**

was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* **MUSEUM OF DREAM SPACE, LLC,** , who is
designated by law to accept service of process on behalf of *(name of organization)* **Cowan, DeBaets LLP**
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00**.

I declare under penalty of perjury that this information is true.

Date: **8/8/2019**

*Nancy E. Wolff*
Server's signature

*Nancy E. Wolff, Partner*
Printed name and title

*Cowan DeBaets LLP 41 Madison Avenue*
Server's address

Additional information regarding attempted service, etc: