# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TEAMLAB INC.<br><br>PLAINTIFF(S)<br><br>v.<br><br>MUSEUM OF DREAM SPACE, LLC , et al.<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>2:19–cv–06906–CAS–GJS<br><br><br>**NOTICE TO FILER OF DEFICIENCIES IN ATTORNEY CASE OPENING** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

| 8/8/2019 | 6 | Complaint |
|---|---|---|
| Date Filed | Doc. No. | Title of Doc. |

**ERROR(S) WITH DOCUMENT:**

*Other Error(s):*

The Complaint should have been the first initiating document on the docket. In addition the Civil Cover Sheet shold have been e–filed separately and in the correct event category. No further action is required unless the Court so directs.

Clerk, U.S. District Court

Dated: August 9, 2019      By: /s/ *Carmen Reyes  carmen_lujan@cacd.uscourts.gov*
            Deputy Clerk