# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| teamLab Inc. <br><br> PLAINTIFF(S) <br><br> v. <br><br> Museum of Dream Space, LLC et al <br><br> DEFENDANT(S). | CASE NUMBER <br><br> 2:19-cv-06906-CAS-GJSx <br><br><br> **ORDER RETURNING CASE** <br> **FOR REASSIGNMENT** |

IT IS ORDERED that the above-entitled case is hereby returned to the Clerk for random reassignment pursuant to the provisions of General Order 19-03 .

August 20, 2019
Date

*[signature: Christina A. Snyder]*
United States District Judge

## NOTICE TO COUNSEL FROM CLERK

This case has been reassigned to Judge  Virginia A. Phillips  for all further proceedings. On all documents subsequently filed in this case, please substitute the initials  VAP  after the case number in place of the initials of the prior judge so that the case number will read  2:19-cv-06906-VAP-GJSx . This is very important because documents are routed to the assigned judge by means of the initials.

cc: ☐ *Previous Judge*   ☐ *Statistics Clerk*