Nancy E. Wolff, Esq., No. 133334
Scott J. Sholder, Esq. (*pro hac vice* pending)
COWAN, DEBAETS, ABRAHAMS,
& SHEPPARD LLP
9595 Wilshire Boulevard, Suite 900
Beverly Hills, CA 90212
Telephone: (310) 492-4392
Telefax: (310) 492-4394
nwolff@cdas.com

*Attorneys for Plaintiff*
TEAMLAB INC.

[Additional counsel on signature page]

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TEAMLAB INC., a Japanese corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MUSEUM OF DREAM SPACE, LLC, a California limited liability company, and DAHOOO AMERICAN CORPORATION, an Illinois corporation,<br><br>Defendants. | Case No.: 2:19-cv-06906-VAP-GJS<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**<br><br>Complaint Served: Aug. 26, 2019<br>Current Response Date: Sept. 16, 2019<br>New Response Date: Oct. 7, 2019 |

## STIPULATION

Pursuant to Central District of California Local Rule 8-3, plaintiff TEAMLAB INC. and defendants Museum of Dream Space, LLC and Dahooo American Corporation (collectively, "Defendants"), by and through their respective counsel,

1  hereby stipulate that the time for filing a response by Defendants to the complaint filed
2  on August 8, 2019 and served on August 26, 2019 shall be extended from September
3  16, 2019 to October 7, 2019.
4      IT IS SO STIPULATED.

Dated:  September 4, 2019

**COWAN DeBAETS ABRAHAMS & SHEPPARD, LLP**

By:  /s/ Nancy E. Wolff
    Nancy E. Wolff, Esq.

*Attorneys for Plaintiff TeamLab Inc.*

**GLASER WEIL FINK HOWARD AVCHEN & SHAPIRO LLP**

By:  /s/ Justin Thiele
    Justin Thiele, Esq.

Lawrence M. Hadley
Justin Thiele
10250 Constellation Blvd., 19th Flr.
Los Angeles, California 90067
Phone: 310-553-3000
Fax: 310-556-2920
lhadley@glaserweil.com
jthiele@glaserweil.com

*Attorneys for Defendants Museum of Dream Space, LLC and Dahooo American Corporation*

Pursuant to Local Rule 5-4.3.4(a)(2)(i), the filer attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated:  September 4, 2019

**COWAN DeBAETS ABRAHAMS & SHEPPARD, LLP**

By: /s/Nancy E. Wolff
      Nancy E. Wolff, Esq.

*Attorneys for Plaintiff TeamLab Inc.*