Nancy E. Wolff, Esq., No. 133334
Scott J. Sholder (*pro hac vice* pending)
COWAN, DEBAETS, ABRAHAMS,
& SHEPPARD LLP
9595 Wilshire Boulevard, Suite 900
Beverly Hills, CA 90212
Telephone: (310) 492-4392
Telefax: (310) 492-4394
nwolff@cdas.com
ssholder@cdas.com

*Attorneys for Plaintiff*
TEAMLAB INC.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TEAMLAB INC., a Japanese corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MUSEUM OF DREAM SPACE, LLC, a California limited liability company, and DAHOOO AMERICAN CORPORATION, an Illinois corporation,<br><br>Defendants. | Case No.: 2:19-cv-06906-VAP-GJS<br><br>**PROOF OF SERVICE** |

I am counsel for plaintiff TEAMLAB INC. in the above-captioned case. I am admitted to practice in the United States District Court for the Central District of California. I am over 18 years of age. On August 26, 2019, pursuant to Fed. R. Civ. P. 4(h)(1)(B) and 5(b)(1) and an agreement between the parties, my office served true and correct copies of the SUMMONS and COMPLAINT (Dkt. Nos. 6, 9, 10) in this case on defendants MUSEUM OF DREAM SPACE, LLC and DAHOOO

AMERICAN CORPORATION (collectively, "Defendants") via e-mail to Defendants' counsel, John M. Griem, Jr. (griem@clm.com), Nicholas W. Tapert (tapert@clm.com), and Pang Zhang-Whitaker (zhang@clm.com) of Carter Ledyard & Milburn LLP.  Defendants' counsel accepted and consented to service on behalf of Defendants pursuant to an agreement to extend time for Defendants to respond to the Complaint.

Dated:  September 4, 2019

**COWAN DeBAETS ABRAHAMS & SHEPPARD, LLP**

By: /s/Nancy E. Wolff
     Nancy E. Wolff, Esq.

*Attorneys for Plaintiff TeamLab Inc.*