Scott J. Sholder
Cowan, DeBeats, Abrahams & Sheppard LLP
41 Madison Avenue, 38th Floor
New York, NY 10010

```
FILED
CLERK, U.S. DISTRICT COURT

SEPT 11, 2019

CENTRAL DISTRICT OF CALIFORNIA
BY:      BH      DEPUTY
```

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TEAMLAB INC., a Japanese corporation<br><br>                                    Plaintiff(s)<br>v.<br>MUSEUM OF DREAM SPACE, LLC, a California limited liability company, et ano.<br><br>                                    Defendant(s). | CASE NUMBER<br><br>2:19-cv-06906<br><br>**(PROPOSED)** ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case** *Pro Hac Vice* **filed by**

Sholder, Scott J.
*Applicant's Name (Last Name, First Name & Middle Initial*

212-974-7474          212-974-8474
*Telephone Number*      *Fax Number*
ssholder@cdas.com
                *E-Mail Address*

of

Cowan, DeBaets, Abrahams & Sheppard LLP
41 Madison Avenue, 38th Floor
New York, NY 10010

*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

teamLab Inc.

*Name(s) of Party(ies) Represent*        ✓ *Plaintiff(s)* ☐
*Defendant(s)* ☐ *Other:*

**and designating as Local Counsel**

Wolff, Nancy E.
*Designee's Name (Last Name, First Name & Middle Initial*

133334          310-492-4392          310-300-8401
*Designee's Cal. Bar No.*   *Telephone Number*   *Fax Number*
nwolff@cdas.com
                *E-Mail Address*

of

Cowan, DeBaets, Abrahams & Sheppard LLP
9595 Wilshire Blvd.
Beverly Hills, CA 90212

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED

☐ DENIED:  ☐ for failure to pay the required fee.

☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.

☐ for failure to complete Application: _____

☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.

☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.

☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded ☐ not be refunded.

Dated: September 11, 2019

*Virginia A. Phillips*
**Virginia A. Phillips, Chief U.S. District Judge**

---

G-64 Order (05/16)     (PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*     Page 1 of 1