LAWRENCE M. HADLEY - State Bar No. 157728
lhadley@glaserweil.com
JUSTIN P. THIELE - State Bar No. 311787
jthiele@glaserweil.com
GLASER WEIL FINK HOWARD
AVCHEN & SHAPIRO LLP
10250 Constellation Boulevard, 19th Floor
Los Angeles, California 90067
Telephone: (310) 553-3000
Facsimile: (310) 556-2920

CARTER LEDYARD & MILBURN LLP
John M. Griem, Jr. (*admitted pro hac vice*)
griem@clm.com
2 Wall Street
New York, New York 10005
(212) 732-3200

*Attorneys for Defendants*
*Museum of Dream Space, LLC, and Dahooo American Corp.*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

TEAMLAB, INC., a Japanese corporation,

Plaintiff,

v.

MUSEUM OF DREAM SPACE, LLC, a California limited liability company, and DAHOOO AMERICAN CORPORATION, an Illinois corporation,

Defendants.

CASE NO.: 2:19-cv-06906-VAP-GJS

Hon. Virginia A. Phillips

**DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS PURSUANT TO RULE 12(B)(6)**

DATE: November 4, 2019
TIME: 2:00 pm
COURTROOM: 8A

TRIAL DATE: Not set.

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on November 4, 2019, at 2:00 pm, or as soon thereafter as the matter can be heard, in the courtroom of the Honorable Chief Judge Virginia A. Phillips, located at 350 West 1st Street, Courtroom 8A, Los Angeles, California, 90012, Defendants Museum of Dream Space, LLC and Dahooo American Corporation (collectively "MODS" or "Defendants") will and hereby do move pursuant to Federal Rule of Civil Procedure 12(b)(6) to dismiss Counts I and III of the Complaint, filed by teamLab, Inc. ("teamLab or "Plaintiff") on August 8, 2019.

This Motion is based on this Notice of Motion, the accompanying Memorandum of Points and Authorities in support thereof, the accompanying Declaration of John M. Griem, Jr. ("Griem Decl.") and exhibits, the pleadings, and such other further papers and argument as may be submitted to the Court at or before the time of hearing.

This Motion is made following the conference of counsel pursuant to Local Rule 7-3, which took place on October 3, 2018. Griem Decl., ¶ 7.

Dated: New York, New York
October 7, 2019

CARTER LEDYARD & MILBURN LLP

John M. Griem, Jr.
2 Wall Street
New York, New York 10005
(212) 238-8659
griem@clm.com

GLASER WEIL FINK HOWARD
AVCHEN & SHAPIRO LLP

Lawrence M. Hadley
Justin Thiele
10250 Constellation Blvd., 19th Floor
Los Angeles, CA 90067

(310) 553-3000
lhadley@glaserweil.com
jthiele@glaserweil.com