LAWRENCE M. HADLEY - State Bar No. 157728
lhadley@glaserweil.com
JUSTIN P. THIELE - State Bar No. 311787
jthiele@glaserweil.com
GLASER WEIL FINK HOWARD
  AVCHEN & SHAPIRO LLP
10250 Constellation Boulevard, 19th Floor
Los Angeles, California 90067
Telephone:  (310) 553-3000
Facsimile:   (310) 556-2920

CARTER LEDYARD & MILBURN LLP
John M. Griem, Jr. (*admitted pro hac vice*)
griem@clm.com
2 Wall Street
New York, New York 10005
(212) 732-3200

*Attorneys for Defendants*
*Museum of Dream Space, LLC, and Dahooo American Corp.*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| TEAMLAB, INC., a Japanese corporation,<br><br>Plaintiff,<br><br>v.<br><br>MUSEUM OF DREAM SPACE, LLC, a California limited liability company, and DAHOOO AMERICAN CORPORATION, an Illinois corporation,<br><br>Defendants. | CASE NO.: 2:19-cv-06906-VAP-GJS<br><br>Hon. Virginia A. Phillips<br><br>**DECLARATION OF JOHN M. GRIEM, JR.**<br><br>DATE:           November 4, 2019<br>TIME:            2:00 pm<br>COURTROOM:    8A<br><br>TRIAL DATE:    Not set. |

I, John M. Griem, Jr., declare as follows:

    1.    I am a Partner at Carter Ledyard & Milburn LLP, and I represent defendants Museum of Dream Space, LLC and Dahooo American Corporation ("Defendants").  I have been granted permission to appear before this Court *pro hac vice*.

---

**DECLARATION OF JOHN M. GRIEM, JR. IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS PURSUANT TO RULE 12(B)(6)**

8823357.1

2. I submit this declaration in support of Defendants' Motion to Dismiss Plaintiff's Complaint pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure.

3. Annexed hereto as **Exhibit 1** is a true and correct copy of a screenshot of a webpage on the teamLab website publicizing teamLab's "Transcending Boundaries" show at the Pace Gallery in London that took place January 25 – March 11, 2017, which webpage is available at: https://www.teamlab.art/e/pacelondon/ (last visited Oct. 7, 2019).

4. Annexed hereto as **Exhibit 2** is a true and correct copy of a screenshot of a webpage on the teamLab website depicting and describing an exhibit titled "Universe of Water Particles, Transcending Boundaries," which webpage is available at: https://www.teamlab.art/w/waterparticles-transcending/ (last visited Oct. 7, 2019).

5. Annexed hereto as **Exhibit 3** is a true and correct copy of a screenshot of a webpage on the teamLab website depicting and describing an exhibit titled "Flowers and People, Cannot be Controlled but Live Together – Transcending Boundaries, A Whole Year per Hour," which webpage is available at: https://www.teamlab.art/w/flowerandpeople-transcendingboundaries/ (last visited Oct. 7, 2019).

6. Annexed hereto as **Exhibit 4** is a true and correct copy of a screenshot of a webpage on the teamLab website depicting and describing an exhibit titled "Crystal Universe," which webpage is available at: https://www.teamlab.art/w/crystaluniverse/ (last visited Oct. 7, 2019).

7. This motion is made following the conference of counsel pursuant to Local Rule 7-3, which took place on October 3, 2019.

1

**DECLARATION OF JOHN M. GRIEM, JR. IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS PURSUANT TO RULE 12(B)(6)**

8823357.1

1    I declare under penalty of perjury that the foregoing is true and correct.
2 Executed on October 7, 2019.

						_____
						John M. Griem, Jr.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**DECLARATION OF JOHN M. GRIEM, JR. IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS PURSUANT TO RULE 12(B)(6)**