1 LAWRENCE M. HADLEY - State Bar No. 157728
lhadley@glaserweil.com
2 JUSTIN P. THIELE - State Bar No. 311787
jthiele@glaserweil.com
3 GLASER WEIL FINK HOWARD
 AVCHEN & SHAPIRO LLP
4 10250 Constellation Boulevard, 19th Floor
Los Angeles, California 90067
5 Telephone: (310) 553-3000
Facsimile: (310) 556-2920

6 CARTER LEDYARD & MILBURN LLP
7 John M. Griem, Jr. (*admitted pro hac vice*)
griem@clm.com
8 2 Wall Street
New York, New York 10005
9 (212) 732-3200

10 *Attorneys for Defendants*
*Museum of Dream Space, LLC, and Dahoo American Corp.*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| TEAMLAB, INC., a Japanese corporation,<br><br>            Plaintiff,<br><br>v.<br><br>MUSEUM OF DREAM SPACE, LLC, a California limited liability company, and DAHOO AMERICAN CORPORATION, an Illinois corporation,<br><br>            Defendants. | CASE NO.: 2:19-cv-06906-VAP-GJS<br><br>Hon. Virginia A. Phillips<br><br>**DEFENDANTS' NOTICE OF ERRATA RE PROPOSED ORDER IN CONNECTION WITH MOTION TO DISMISS**<br><br>DATE:      November 4, 2019<br>TIME:      2:00 pm<br>COURTROOM:   8A<br><br>TRIAL DATE:   Not set. |

**DEFENDANTS' NOTICE OF ERRATA RE PROPOSED ORDER**

1725426

On October 7, 2019, Defendants Museum of Dream Space, LLC and Dahoo American Corporation (collectively "MODS" or "Defendants") filed their Motion to Dismiss Pursuant to Rule 12(b)(6). Defendants inadvertently neglected to attach a proposed order pursuant to Local Rule 52-4.1. By this Notice of Errata, Defendants hereby respectfully submit a proposed order in connection with their Motion to Dismiss and regret any inconvenience caused to the Court or the parties.

Dated: October 10, 2019

GLASER WEIL FINK HOWARD
AVCHEN & SHAPIRO LLP

/s/ Justin Thiele

Lawrence M. Hadley
Justin Thiele
10250 Constellation Blvd., 19th Floor
Los Angeles, CA  90067
(310) 553-3000
lhadley@glaserweil.com
jthiele@glaserweil.com

CARTER LEDYARD & MILBURN LLP

John M. Griem, Jr. (*admitted pro hac vice*)
2 Wall Street
New York, New York 10005
(212) 238-8659
griem@clm.com