Nancy E. Wolff, Esq., No. 133334
*nwolff@cdas.com*
COWAN, DeBAETS, ABRAHAMS,
& SHEPPARD LLP
9595 Wilshire Boulevard, Suite 900
Beverly Hills, CA 90212
Telephone: (310) 492-4392
Telefax: (310) 492-4394
NWolff@cdas.com

*Attorneys for Plaintiff*
TEAMLAB INC.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TEAMLAB INC., a Japanese corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MUSEUM OF DREAM SPACE, LLC, a California limited liability company, and DAHOOO AMERICAN CORPORATION, an Illinois corporation,<br><br>Defendants. | Case No.: 2:19-cv-06906-VAP-GJS<br><br>**PLAINTIFF'S NOTICE OF INTENT TO FILE A FIRST AMENDED COMPLAINT PURSUANT TO F.R.C.P. 15 and L.R. 7-9:**<br><br>Honorable Virginia A. Phillips<br><br>Courtroom: 8A |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that plaintiff teamLab Inc. ("Plaintiff") intends to file a First Amended Complaint in this action, prior to November 4, 2019, the date of the hearing on defendant Museum of Dream Space, LLC's ("MODS") and defendant Dahooo American Corporation's ("Dahooo"; collectively with MODS, "Defendants") Motion to Dismiss. (Dkt. No. 21).

Pursuant to the Federal Rules of Civil Procedure, Rule 15(a)(1)(B), Plaintiff "may amend its pleading once as a matter of course within . . . 21 days after service of a responsive pleading or 21 days after service of a motion under Rule 12(b), (e), or (f), whichever is earlier." Defendants' Rule 12(b)(6) motion was filed and served, via ECF, on October 7, 2019. (*Id.*) Therefore, as a matter of right, Plaintiff has until October 28, 2019, 21 days from that date, to file a First Amended Complaint.

During the parties' Local Rule 7-3 pre-motion conference regarding Defendants' Motion to Dismiss, which took place on October 3, 2019, Plaintiff's counsel raised the possibility of amending the Complaint (Dkt. No. 6) prior to the filing of a Rule 12(b)(6) motion, but Defendants' counsel preferred to file Defendants' Motion to Dismiss first and suggested that such a determination should be made following the filing of the same.

While, pursuant to Local Rule 7-9, Plaintiff is not opposing the Motion to Dismiss, Plaintiff respectfully requests that the Court not consider Defendants' Motion to Dismiss, which will ultimately become moot upon the filing of the First Amended Complaint. For the avoidance of doubt, in amending its Complaint as a matter of right, Plaintiff does not concede that Defendants' Motion to Dismiss has any merit.

TEAMLAB INC.'S NOTICE OF INTENT TO FILE A FIRST AMENDED COMPLAINT
AGAINST MUSEUM OF DREAM SPACE, LLC, *ET ANO*.

| | |
|---|---|
| Dated: October 11, 2019 | |
| | **COWAN DEBAETS ABRAHAMS & SHEPPARD, LLP** |
| | By: /s/Nancy E. Wolff |
| | Nancy E. Wolff, Esq. |
| | Scott J. Sholder, Esq. (*pro hac vice*) |
| | *Attorneys for Plaintiff*, |
| | TEAMLAB INC. |