UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES – GENERAL

| | |
|---|---|
| Case No.  2:19-cv-06906-VAP-GJSx | Date  October 31, 2019 |
| Title  *TeamLab Inc. v. Museum of Dream Space, LLC et al.* | |

Present: The Honorable   VIRGINIA A. PHILLIPS, CHIEF UNITED STATES DISTRICT JUDGE

| BEATRICE HERRERA | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:** MINUTE ORDER (IN CHAMBERS) DENYING DEFENDANT'S MOTION TO DISMISS AS MOOT [DOC. NO. 21]

This matter is before the Court on Dahoo American Corporation, Museum of Dream Space, LLC's ("Defendant") Motion to Dismiss Pursuant to FRCP 12(b)(6) (Doc. No. 21, "Motion"). The Court deems this matter appropriate for resolution without oral argument pursuant to Local Rule 7-15.

Federal Rule of Civil Procedure 15(a) provides that "[a] party may amend its pleading once as a matter of course within . . . 21 days after service of a motion under Rule 12(b)." Fed. R. Civ. P. 15(a)(1)(B).

On October 28, 2019, Plaintiff teamLab Inc. ("Plaintiff") filed a First Amended Complaint (Doc. No. 26, "FAC"). This amended complaint was filed 21 days after Defendant's Motion, which was filed on October 7, 2019. The FAC was thus timely filed "as a matter of course," under Rule 15(a). Fed. R. Civ. P. 15(a)(1)(B).

Once filed, an amended complaint supersedes the original complaint in its entirety. *See Ramirez v. Cty. of San Bernardino*, 806 F.3d 1002, 1008 (9th Cir. 2015) ("It is well-established in our circuit that an 'amended complaint supersedes the original, the latter being treated thereafter as non-existent.'") (quoting *Forsyth v. Humana, Inc.*, 114 F.3d 1467, 1474 (9th Cir. 1997).) Accordingly, Defendants' Motion, which addresses the original Complaint, became moot once the FAC was filed.

      IT IS HEREBY ORDERED that Defendants' Motion (Doc. No. 21) is DENIED AS MOOT in light of the FAC, and that the hearing on this Motion, set for November 4, 2019, at 2:00 PM, is hereby VACATED.

**IT IS SO ORDERED.**