LAWRENCE M. HADLEY - State Bar No. 157728
lhadley@glaserweil.com
JUSTIN P. THIELE - State Bar No. 311787
jthiele@glaserweil.com
GLASER WEIL FINK HOWARD
  AVCHEN & SHAPIRO LLP
10250 Constellation Boulevard, 19th Floor
Los Angeles, California 90067
Telephone: (310) 553-3000
Facsimile: (310) 556-2920

CARTER LEDYARD & MILBURN LLP
John M. Griem, Jr. (admitted pro hac vice)
griem@clm.com
2 Wall Street
New York, New York 10005
(212) 732-3200
*Attorneys for Defendants*
*Museum of Dream Space, LLC, and Dahooo American Corp.*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| TEAMLAB, INC., a Japanese corporation,<br><br>Plaintiff,<br><br>v.<br><br>MUSEUM OF DREAM SPACE, LLC, a California limited liability company, and DAHOOO AMERICAN CORPORATION, an Illinois corporation,<br><br>Defendants. | CASE NO.: 2:19-cv-06906-VAP-GJS<br><br>Hon. Virginia A. Phillips<br><br>**JOINT STIPULATION TO EXTEND FILING DEADLINE FOR DEFENDANTS' RESPONSE TO PLAINTIFF'S AMENDED COMPLAINT** |

TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

Please take notice that Plaintiff TeamLab, Inc. and Defendants Museum of Dream Space, LLC and Dahooo American Corporation, hereby stipulate to extend Defendants' deadline to file a response to Plaintiff's Amended Complaint from November 12, 2019 to December 3, 2019.

DATED: November 8, 2019

GLASER WEIL FINK HOWARD AVCHEN & SHAPIRO LLP

By: /s/ Justin P. Thiele
LAWRENCE M. HADLEY
JUSTIN P. THIELE

DATED: November 8, 2019

CARTER LEDYARD & MILBURN LLP

By: /s/ John M. Griem
JOHN M. GRIEM, JR., *pro hace vice*
*Attorneys for Defendants*
*Museum of Dream Space, LLC, and*
*Dahooo American Corp.*

DATED: November 8, 2019

COWAN, DEBAETS, ABRAHAMS & SHEPPARD LLP

By: /s/ Nancy E. Wolff
NANCY E. WOLFF
SCOTT J. SHOLDER, *pro hace vice*
*Attorneys for Plaintiff*
TEAMLAB, INC.

**ATTESTATION PURSUANT TO CIVIL L.R. 5-4.3.4.**

I, Justin P. Thiele, am the ECF User whose identification and password are being used to file this document. Pursuant to Civil L.R. 5-4.3.4., I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

By: /s/ Justin P. Thiele
Justin P. Thiele