FILED
CLERK, U.S. DISTRICT COURT
NOV 13, 2019
CENTRAL DISTRICT OF CALIFORNIA
BY: BH  DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| TEAMLAB, INC., a Japanese corporation,<br><br>   Plaintiff,<br><br>v.<br><br>MUSEUM OF DREAM SPACE, LLC, a California limited liability company, and DAHOOO AMERICAN CORPORATION, an Illinois corporation,<br><br>   Defendants. | CASE NO.: 2:19-cv-06906-VAP-GJS<br><br>Hon. Virginia A. Phillips<br><br>**[PROPOSED] ORDER GRANTING AN EXTENSION OF DEFENDANTS' FILE DEADLINE TO RESPOND TO PLAINTIFF'S AMENDED COMPLAINT** |

After reviewing the joint stipulation submitted by the Parties, and good cause appearing therefor, **IT IS HEREBY ORDERED** that Defendants' deadline to respond to Plaintiff's Amended Complaint is **EXTENDED** until December 3, 2019.

**IT IS SO ORDERED.**

DATED: November 13, 2019     By: /s/ Virginia A. Phillips
Hon. Virginia A. Phillips
Chief United States District Judge