COWAN,

DEBAETS,

ABRAHAMS &

SHEPPARD LLP

41 MADISON AVENUE

NEW YORK, NY 10010

T: 212 974 7474

F: 212 974 8474

www.cdas.com

Scott J. Sholder
212 974 7474
SSholder@cdas.com

June 15, 2020

**VIA ECF**
Hon. Virginia A. Phillips
U.S. District Court, Central District of California
First Street Courthouse
Courtroom 8A, 8th Floor
350 West 1st Street
Los Angeles, CA 90012

Re:     teamLab Inc. v. Museum of Dream Space, LLC, No. 2:1-cv-06906

Dear Judge Phillips:

This firm represents plaintiff teamLab Inc. ("teamLab") in the above-captioned matter. We write with the consent of counsel for defendants Museum of Dream Space, LLC and Dahooo American Corporation ("Defendants") to respectfully request further alterations to the schedule in this case.

On May 8, 2020, the Court granted teamLab's request to extend the deadline to move to further amend the First Amended Complaint to June 17, 2020 for the reasons set forth in its order (*see* Dkt. No. 43). The parties recently participated in two mediation sessions and are still conducting settlement talks. The parties also exchanged informal discovery in preparation for the mediation. Because settlement discussions are ongoing (and the parties may schedule a third mediation session) and because the parties have not been able to engage in full fact gathering due to the ongoing public health crisis, teamLab respectfully requests an additional extension of the time to move to amend the First Amended Complaint and to reset the later deadlines and trial date as proposed below.

Currently the following deadlines have been set:

- July 30, 2020: Initial Designation of Expert Witnesses
- August 31, 2020: Designation of Rebuttal Expert Witnesses
- November 9, 2020: Discovery Cut-Off
- December 21, 2020 (2:00 p.m.): Summary Judgment Motion Hearing Cut-Off
- February 8, 2021 (2:30 p.m.): Pretrial Conference
- February 23, 2021 (8:30 a.m.): Jury Trial (estimated at 4 days)

Accordingly, the parties make the following initial proposal concerning the case schedule assuming for purposes of this proposal that mediation/settlement discussions conclude by June 30, 2020 without a resolution:

- July 31, 2020: Deadline for teamLab to move to amend the First Amended Complaint
- October 30, 2020: Initial Designation of Expert Witnesses

9641606.2



COWAN,
DEBAETS,
ABRAHAMS &
SHEPPARD LLP

- December 4, 2020:  Designation of Rebuttal Expert Witnesses
- February 12, 2021:  Discovery Cut-Off
- March 26, 2021:  Summary Judgment Motion Hearing Cut-Off
- As set by the Court, proposed date May 10, 2021:  Pretrial Conference
- As set by the Court, proposed date May 25, 2021:  Jury Trial

The parties would of course be open to a conference with the Court to discuss this or any other matters.  We thank the Court for its continued attention and its flexibility concerning this matter.

Respectfully submitted,

Scott J. Sholder
Nancy E. Wolff

cc:      All Counsel of Record (via ECF)