1  NANCY E. WOLFF (SBN 133334)
2  COWAN, DEBAETS, ABRAHAMS &
3  SHEPPARD LLP
4  9454 Wilshire Boulevard, Suite 901
5  Beverly Hills, CA 90212
6  Telephone: (310) 492-4392
7  Telefax: (310) 492-4394
8
9  *Attorneys for Plaintiff*
10 TEAMLAB INC.

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TEAMLAB INC., a Japanese corporation, | Case No.: 2:19-cv-06906-VAP-GJS |
| Plaintiff, | **DECLARATION OF NANCY E. WOLFF** |
| vs. | |
| MUSEUM OF DREAM SPACE, LLC, a California limited liability company, and DAHOOO AMERICAN CORPORATION, an Illinois corporation, | |
| Defendants. | |

## DECLARATION OF NANCY E. WOLFF

NANCY E. WOLFF declares as follows:

1. I am a partner of the law firm of Cowan, DeBaets, Abrahams & Sheppard LLP, attorneys for plaintiff teamLab Inc. ("Plaintiff") in this proceeding. I am admitted to practice before this Court. I make this declaration in support of the parties' joint request to amend the Civil Trial Scheduling Order (Dkt. No. 35).

2. Pursuant to the Civil Trial Scheduling Order in the above-captioned action, the following deadlines were proposed by the parties, and Ordered by the Court (*see* Dkt. No. 35):

| | |
|---|---|
| Deadline to file Amended Complaint | March 6, 2020 |
| Initial Designation of Expert Witnesses | July 30, 2020 |
| Designation of Rebuttal Expert Witnesses | Aug. 31, 2020 |
| Discovery Cut-Off | Nov. 9, 2020 |
| Summary Judgment Hearing Cut-Off | Dec. 21, 2020 |
| Pretrial Conference | Feb. 8, 2021 |
| Jury Trial | Feb. 23, 2021 |

3. On May 8, 2020, the Court considered facts set forth by the parties in a Joint Stipulation (*see* Dkt. No. 39) – namely that Plaintiff discovered what it asserted to be new facts that it believed in good faith might necessitate an amendment to the First Amended Complaint and a motion for a preliminary injunction, but to serve the interests of cost-effectiveness and judicial efficiency, Plaintiff agreed to wait until after the forthcoming mediation (and pre-mediation exchange of informal discovery) to make a final decision as to whether to seek the amend to include the new allegations and to move for a preliminary injunction – and extended the deadline for Plaintiff to file a motion to amend the First Amended

-2-
DECLARATION OF NANCY E. WOLFF

Complaint from March 6, 2020 to June 17, 2020.  *See* Dkt. No. 43.

4. The Court further ordered that it would consider any further adjustments to the discovery and overall case schedule that may be necessary following the mediation and in light of disruptions caused by the COVID-19 crisis. *Id.*

5. Following the entry of the Order on May 8, 2020, the parties selected a mediator (*see* Dkt. No. 46) and engaged in an informal exchange of discovery prior to the mediation.

6. Thereafter, the parties participated in two mediation sessions, and are still conducting settlement talks.

7. Because settlement discussions are ongoing (and the parties may schedule a third mediation session), and both parties have been diligently working to resolve the matter, good cause exists to extend the deadlines set forth in the Civil Trial Scheduling Order.

8. If the extension request is denied, there will be significant prejudice to both parties, as both parties have been focusing their efforts on mediation, and have not been able to engage in full fact gathering due to the ongoing public health crisis.

9. The parties respectfully request that the Court extend the deadlines set forth in the Case Scheduling Order as follows, and that the Court consider any further adjustments to the discovery and overall case schedule that may be necessary in light of disruptions caused by the COVID-19 crisis:

| | |
|---|---|
| Deadline to file Amended Complaint | July 31, 2020 |
| Initial Designation of Expert Witnesses | Oct. 30, 2020 |
| Designation of Rebuttal Expert Witnesses | Dec. 4, 2020 |
| Discovery Cut-Off | Feb. 12, 2021 |
| Summary Judgment Hearing Cut-Off | Mar. 26, 2021 |

| | |
|---|---|
| Pretrial Conference | May 10, 2021 |
| Jury Trial | May 25, 2021 |

      10.    The undersigned apologizes for the belated submission of this request, and any inconvenience Plaintiff's prior deficient filing may have caused the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    June 19, 2020
                        New York, New York

                                                        _____
                                                             NANCY E. WOLFF