NANCY E. WOLFF (SBN 133334)

COWAN, DEBAETS, ABRAHAMS & SHEPPARD LLP

9454 Wilshire Boulevard, Suite 901

Beverly Hills, CA 90212

Telephone: (310) 492-4392

Telefax: (310) 492-4394

*Attorneys for Plaintiff*

TEAMLAB INC.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TEAMLAB INC., a Japanese corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MUSEUM OF DREAM SPACE, LLC, a California limited liability company, and DAHOOO AMERICAN CORPORATION, an Illinois corporation,<br><br>Defendants. | Case No.: 2:19-cv-06906-VAP-GJS<br><br>**JOINT STATUS REPORT CONCERNING MEDIATION** |

Pursuant to the Court's Scheduling Conference Minutes, dated February 10, 2020 [Docket No. 34], Plaintiff teamLab ("teamLab"), Inc. and defendants Museum of Dream Space, LLC and Dahooo American Corporation ("Defendants"), by and through their undersigned counsel, hereby submit the parties' Joint Status Report concerning Mediation as follows:

## JOINT STATUS REPORT

TeamLab and Defendants participated in two mediation sessions on June 2, 2020 and June 3, 2020. The parties made progress in their settlement discussions as a result of the mediation and have been negotiating a settlement agreement through counsel ever since.

Currently, the parties are very close to a final settlement agreement with only a few final items to be resolved. We are hopeful that the parties can finalize their settlement agreement within the next few days.

Dated: September 10, 2020

Respectfully submitted,

**COWAN DEBAETS ABRAHAMS & SHEPPARD, LLP**

By: /s/Scott Sholder
Scott Sholder (*pro hac vice*)
Nancy E. Wolff

*Attorneys for Plaintiff
teamLab Inc.*

**CARTER LEDYARD & MILBURN LLP**

By: /s/ John M. Griem, Jr.
John M. Griem, Jr.

*Attorneys for Defendants Museum of*

*Dream Space, LLC and Dahooo
American Corporation*