UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No. | 2:19-cv-06906-VAP-GJSx | Date | January 5, 2021 |
| Title | Teamlab Inc. v. Museum of Dream Space, LLC et al. | | |

Present: The Honorable  VIRGINIA A. PHILLIPS, UNITED STATES DISTRICT JUDGE

| Christine Chung | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:** MINUTE ORDER GRANTING MOTION TO AMEND COMPLAINT (DKT. 67) (IN CHAMBERS)

Before the Court is Plaintiff Teamlab Inc.'s ("Plaintiff") Motion to Amend the First Amended Complaint. (Dkt. 67, "Motion"). The Court deems the Motion suitable for resolution without oral argument pursuant to Local Rule 7-15. On December 21, 2020, Defendants Museum of Dream Space, LLC and Dahooo American Corporation ("Defendants") filed a notice of non-opposition to the Motion. (Dkt. 72). The Court therefore GRANTS the Motion. Plaintiff shall file an Amended Complaint no later than January 26, 2021.

**IT IS SO ORDERED.**