|   |   |
|---|---|
| 1 | Nancy E. Wolff, Esq., No. 133334 |
| 2 | nwolff@cdas.com |
|   | COWAN, DeBAETS, ABRAHAMS, |
| 3 | & SHEPPARD LLP |
| 4 | 9454 Wilshire Boulevard, Suite 901 |
|   | Beverly Hills, CA 90212 |
| 5 | Telephone: (310) 492-4392 |
| 6 | Telefax: (310) 492-4394 |
|   | NWolff@cdas.com |

*Attorneys for Plaintiff*
TEAMLAB INC.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| TEAMLAB INC., a Japanese corporation, | Case No.: 2:19-cv-06906-VAP-GJS |
|---|---|
| Plaintiff, | **PLAINTIFF'S NOTICE OF MOTION TO COMPEL** |
| vs. | (L.R. 7-4 *et seq.*) |
| MUSEUM OF DREAM SPACE, LLC, a California limited liability company, and DAHOOO AMERICAN CORPORATION, an Illinois corporation, | Date: March 3, 2021<br>Time: 11:00 a.m.<br>Crtrm: 640 |
| Defendants. | Judge: Hon. Gail J. Standish |

TO DEFENDANTS AND THEIR COUNSEL OF RECORD:

NOTICE IS HEREBY GIVEN that on Wednesday, March 3, 2021 at 11:00 a.m. or as soon as the matter may be heard, before the Honorable Gail J. Standish, in the above-entitled court, located at 255 E. Temple St., Los Angeles, California 90012, plaintiff TEAMLAB INC. ("teamLab"), will bring a motion to compel, in accordance with the Court's February 3, 2021 Order. Dkt. No. 80.

PLAINTIFF'S NOTICE OF MOTION TO COMPEL

NOTICE IS FURTHER GIVEN that this motion is made following the conferences of counsel pursuant to L.R. 7-3 (and, at that time, L.R. 37-1) which took place on January 7, 2021 and January 25, 2021, via telephone.

teamLab's motion is based on this Notice of Motion; the Annexed Memorandum of Law; L.R. 7-4 *et seq.*; the Court's Standing Order; the Court file; and any arguments made at the hearing should the Court deem a hearing to be necessary.

Dated: February 5, 2021

**COWAN DEBAETS ABRAHAMS & SHEPPARD, LLP**

By: /s/Nancy E. Wolff

Nancy E. Wolff, Esq., No. 133334

Scott J. Sholder, Esq., *pro hac vice*

*Attorneys for Plaintiff*,

TEAMLAB INC.