# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TEAMLAB, INC., a Japanese corporation,<br><br>Plaintiff,<br><br>v.<br><br>MUSEUM OF DREAM SPACE, LLC, a California limited liability company, and DAHOOO AMERICAN CORPORATION, an Illinois corporation,<br><br>Defendants. | CASE NO.: 2:19-cv-06906-VAP-GJS<br><br>**ORDER AMENDING CIVIL TRIAL SCHEDULING ORDER**<br><br>NOTE CHANGES BY THE COURT |

The Court has considered the facts set forth in Defendants' Response to TeamLab, Inc.'s Application to Extend Case Deadlines and in the Declaration of John M. Griem, Jr., dated March 22, 2021, namely that there is good cause to extend the deadlines set forth in the ORDER AMENDING CIVIL TRIAL SCHEDULING ORDER, dated October 21, 2020 (Dkt. No. 66; the "October 21, 2020 Order") and the ORDER AMENDING CIVIL TRIAL SCHEDULING ORDER, dated March 15, 2021 (Dkt. No. 90, the "March 15, 2021 Order"), as both parties have been focusing their efforts until recently on settlement discussions, and then on gathering and preparing documents for production, and given the outstanding discovery requests and open discovery disputes, the resolution of which could have a significant effect on the scope of discovery, and the need for additional fact discovery to inform expert reports. There will be significant prejudice to the parties if a continuance is denied.

In light of the above, the Court will extend the deadlines set forth in the October 21, 2021 Order and March 15, 2021 Order as follows:

| | **Original Deadline** | **Amended Deadline** |
|---|---|---|

| Initial Designation of Expert Witnesses | Apr. 1, 2021 | July 1, 2021 |
|---|---|---|
| Designation of Rebuttal Expert Witnesses | May 5, 2021 | August 5, 2021 |
| Discovery Cut-Off | June 14, 2021 | Sept. 14, 2021 |
| Summary Judgment Hearing Cut-Off | July 26, 2021 | Oct. 26, 2021 |
| Pretrial Conference | Sept. 13, 2021 | **Nov. 29, 2021 at 2:30 p.m.** |
| Jury Trial | Sept. 21, 2021 | **Dec. 7, 2021 at 8:30 a.m.** |

IT IS HEREBY ORDERED THAT:

For the reasons set forth above, and for the reasons set forth in the parties' submissions, the October 21, 2020 Order and March 15, 2021 Order are further amended as set forth above.

**IT IS SO ORDERED.**

Dated this 24TH day of March 2021.

_____
Hon. Virginia A. Philips
United States District Judge

Presented by:
CARTER LEDYARD & MILBURN LLP
/s/ John M. Griem, Jr.
John M. Griem, Jr.
Nicholas W. Tapert
2 Wall Street
New York, New York 10005
(212) 732-3200
griem@clm.com
tapert@clm.com
Attorneys for Defendants Museum of Dream Space, LLC and Dahooo American Corporation