# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No. | 2:19-cv-06906-VAP-GJS | Date | March 30, 2021 |
| Title | Teamlab Inc. v. Museum of Dream Space, LLC et al | | |

Present: The Honorable  **GAIL J. STANDISH, U.S. MAGISTRATE JUDGE**

| E. Carson | AT&T |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
|---|---|
| Scott J. Sholder | John M. Griem , Jr.<br>Nicholas W. Tapert<br>Thomas P. Burke , Jr. |

**Proceedings:** Plaintiff's Motion to Compel [Dkt. 81] ("Plaintiff's Motion")

The case is called, and appearances are stated for the record.

The Court confers with counsel regarding Plaintiff's Motion. Counsel are directed to meet and confer regarding any open issues and report back to the Court with a status report submitted to the Court's email address by close of business on Monday, April 5, 2021. Until the receipt of the status report, the Motion will stand under submission.

**IT IS SO ORDERED.**

| | : | 55 |
|---|---|---|
| Initials of Preparer | efc | |