# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TEAMLAB INC., a Japanese corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MUSEUM OF DREAM SPACE, LLC, a California limited liability company, and DAHOOO AMERICAN CORPORATION, an Illinois corporation,<br><br>Defendants. | Case No.: 2:19-cv-06906-VAP-GJS<br><br>**[PROPOSED]** **ORDER DENYING PLAINTIFF'S EX PART APPLICATION TO AMEND CCIVIL TRIAL SCHEDULING ORDER**<br><br>Judge: Hon. Virginia A. Phillips |

The Court has considered Plaintiff's Ex Parte Application and the Opposition thereto, and finds no good cause has been shown for the relief sought.  Accordingly, the Application is DENIED.

**IT IS SO ORDERED.**

Dated this 3rd day of November 2021.

*/s/ Virginia A. Phillips*
Hon. Virginia A. Philips
United States District Judge