UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 19-6906 PSG (GJSx) | Date | June 1, 2022 |
|---|---|---|---|
| Title | Teamlab Inc. v. Museum of Dream Space, LLC, et al. | | |

| Present: The Honorable | Philip S. Gutierrez, United States District Judge |
|---|---|

| Wendy Hernandez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
|---|---|
| Not Present | Not Present |

**Proceedings (In Chambers):** Order (1) CONTINUING the hearings on the parties' pending motions, and (2) CONTINUING the pretrial conference and the jury trial.

Before the Court are two motions for summary judgment and one *Daubert* motion. *See generally* Dkts. # 150, 152, 154. The Court, on its own motion, **CONTINUES** the hearings on all three motions to **July 15, 2022 at 1:30 p.m.**

The Court also **CONTINUES** the pretrial conference to **September 2, 2022 at 2:30 p.m.** and the trial date to **September 15, 2022 at 9:00 a.m.** The Local Rules and the Court's Order for Jury Trial—rather than the parties' recent stipulation, *see generally* Dkt. # 187—will govern the filing deadlines for all pretrial conference materials and motions *in limine*.

**IT IS SO ORDERED.**